
FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>CECILIA LISBETH MUNOZ<br><br>           Defendant. | Magistrate Case No. 07MJ2949-WMC<br><br>**DETENTION ORDER** |

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
    __X__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
    _____ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Finding Of Fact</u>
The Court's findings are based on the evidence which was presented to Court and that which was contained in the pretrial Services report, and includes the following:
    __X__ (1) Nature and circumstances of the offense charged:
        __X__ (a) The offense charged is: 8:1324 and 18:2
        _____ (b) The offense is a crime of violence.
        _____ (c) The offense involves a narcotic drug.
        _____ (d) The offense involves a large amount of controlled substances, to wit: _____
    __X__ (2) The weight of the evidence against the defendant is strong.
    __X__ (3) The history and characteristics of the defendant including:
        (a) General Factors:
            _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.
            _____ The defendant has no family ties in the area.

```
__X__   The defendant has no steady employment.
__X__   The defendant has no substantial financial resources.
_____  The defendant is not a long time resident of the community.
__X__   The defendant does not have any significant community ties.
__X__   Past conduct of the defendant: _Multiple detentions at the_
        _border involving attempted smuggling of children_
_____  The defendant has a history relating to drug abuse.
_____  The defendant has a history relating to alcohol abuse.
_____  The defendant has a significant prior criminal record.
_____  The defendant has a prior record of failure to appear at court
        proceedings.
```

(b) Whether the defendant was on probation, parole, or release by a court:
At the time of the current arrest, the defendant was on:
```
_____  Probation
_____  Parole
_____  Release pending trial, sentence, appeal or completion of sentence.
```

(c) Other Factors:
```
_____  The defendant is an illegal alien and is subject to deportation.
_____  The defendant is a legal alien and will be subject to deportation
        if convicted.
__X__   Other: _She has a history of smuggling small children or_
        _infants for money including 9 times in the last 13 mos_
```

__X__ (4) The nature and seriousness of the danger posed by the defendant's release are
as follows: _She appears to be a habitual violator in light of_
_her prior detentions at the border_

_____ (5) **Rebuttable Presumptions**
In determining that the defendant should be detained, the Court also
relied on the following rebuttable presumption(s) contained in 18
U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:

```
_____  a.  That no condition or combination of conditions will
            reasonably assure the appearance of the defendant as required
            and the safety of any other person and the community because
            the Court finds that the crime involves:
                _____ (A) A crime of violence; or
                _____ (B) An offense for which the maximum penalty is life imprisonment
                           or death; or
                _____ (C) A controlled substance violation which has a maximum penalty
                           of 10 years or more; or
                _____ (D) A felony after the defendant had
                           been convicted of two or more
                           prior offenses described in (A)
                           through (C) above, and the
                           defendant has a prior conviction
                           for one of the crimes mentioned
                           in (A) through (C) above which is
                           less than five years old and which
                           was committed while the
                           defendant was on pretrial release.
_____  b.  That no condition or combination of conditions will
            reasonably assure the appearance of the defendant as required
            and the safety of the community because the Court finds that
            there is probable cause to believe:
```

2

        _____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

        _____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and,

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated:   December 27, 2007

                                                  **LEO S. PAPAS**
                                                **United States Magistrate Judge**